UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                    )<br>         Plaintiff )<br>                    )<br>         vs.    )<br>1) Jose Luis Vargas )<br>2) Jose Andres Zamora-Avila )<br>3) David Earl Mitchell )<br>         Defendant(s) )<br>                    ) | CRIMINAL NO. 08mj1065<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Hilario Villa-Salinas

DATED: 4/17/08

RUBEN B. BROOKS
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____                    OR
                  DUSM

                                    W. SAMUEL HAMRICK, JR.   Clerk
                                         by
                                                    Deputy Clerk