KAREN P. HEWITT
United States Attorney
CAROLINE P. HAN
Assistant United States Attorney
California State Bar No. 250301
United States Attorney's Office
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101
Telephone: (619) 557-5220

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED
APR 24 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA      08CR1317-JLS

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No. 08MJ1065 |
| Plaintiff, | |
| v. | **STIPULATION OF FACT AND JOINT MOTION FOR RELEASE OF MATERIAL WITNESS(ES) AND ORDER THEREON** |
| JOSE ANDRES ZAMORA-AVILA (2), | |
| Defendant. | (Pre-Indictment Fast-Track Program) |

**IT IS HEREBY STIPULATED AND AGREED** between the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Caroline P. Han, Assistant United States Attorney, and defendant JOSE ANDRES ZAMORA-AVILA, by and through and with the advice and consent of Sylvia Baiz, counsel for defendant, that:

1. Defendant agrees to execute this stipulation on or before the first preliminary hearing date and to participate in a full and complete inquiry by the Court into whether defendant knowingly, intelligently and voluntarily entered into it. Defendant agrees further to waive indictment and plead guilty to the pre-indictment information charging defendant with a non-mandatory minimum count of Transportation of Aliens and Aiding and Abetting, in violation of 8 U.S.C. §1324(a)(1)(A)(ii) and (v)(II).

//

CPH:es:4/9/08

2. Defendant acknowledges receipt of a plea agreement in this case and agrees to provide the signed, original plea agreement to the Government not later than five business days before the disposition date set by the Court.

3. Defendant agrees to plead guilty to the charge pursuant to the plea agreement on or before **May 8, 2008**.

4. The material witnesses, Hilario Villa-Salinas, Francisco Javier De La Cruz-Hernandez and Dagoberto Mares-Santamaria, in this case:

    a. Are aliens with no lawful right to enter or remain in the United States;

    b. Entered or attempted to enter the United States illegally on or about April 4, 2008;

    c. Were found in a vehicle driven by codefendant, JOSE LUIS VARGAS, with codefendants JOSE ANDRES ZAMORA-AVILA and DAVID EARL MITCHELL as passengers, in or near Pine Valley, California and that defendant knew or acted in reckless disregard of the fact that they were aliens with no lawful right to enter or remain in the United States;

    d. Were paying $1,800 - $2,000 to others to be brought into the United States illegally and/or transported illegally to their destination therein; and,

    e. May be released and remanded immediately to the Department of Homeland Security for return to their country of origin.

5. After the material witnesses are ordered released by the Court pursuant to this stipulation and joint motion, if defendant does not plead guilty to the charge set forth above, for any reason, or thereafter withdraws his guilty plea to that charge, defendant agrees that in any proceeding, including, but not limited to, motion hearings, trial, sentencing, appeal or collateral attack, that:

    a. The stipulated facts set forth in paragraph 4 above shall be admitted as substantive evidence;

    b. The United States may elicit hearsay testimony from arresting agents regarding any statements made by the material witness(es) provided in discovery, and such

Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Jose Andres Zamora-Avila (2)    2    08MJ1065

1  testimony shall be admitted as substantive evidence under Fed. R. Evid. 804(b)(3) as statements
2  against interest of (an) unavailable witness(es); and,
3        c.    Understanding that under <u>Crawford v. Washington</u>, 124 S. Ct. 1354 (2004),
4  "testimonial" hearsay statements are not admissible against a defendant unless defendant confronted
5  and cross-examined the witness(es) who made the "testimonial" hearsay statements, defendant
6  waives the right to confront and cross-examine the material witness(es) in this case.
7        6.    By signing this stipulation and joint motion, defendant certifies that defendant has
8  read it (or that it has been read to defendant in defendant's native language). Defendant certifies
9  further that defendant has discussed the terms of this stipulation and joint motion with defense
10  counsel and fully understands its meaning and effect.
11  Based on the foregoing, the parties jointly move the stipulation into evidence and for the
12  immediate release and remand of the above-named material witness(es) to the Department of
13  Homeland Security for return to their country of origin.
14  It is STIPULATED AND AGREED this date.
15      Respectfully submitted,
16      KAREN P. HEWITT
    United States Attorney
17
18  Dated: 4/24/08
    CAROLINE P. HAN
19      Assistant United States Attorney
20
21  Dated: 4/15/08
    SYLVIA BAIZ
22      Defense Counsel for Zamora-Avila
23
24  Dated: 4/15/08
25      JOSE ANDRES ZAMORA-AVILA
    Defendant
26
27
28  Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Jose Andres Zamora-Avila (2)    3    08MJ1065

1 **ORDER**

2 Upon joint application and motion of the parties, and for good cause shown,

3 **THE STIPULATION** is admitted into evidence, and,

4 **IT IS ORDERED** that the above-named material witness(es) be released and remanded

5 forthwith to the Department of Homeland Security for return to their country of origin.

6 **SO ORDERED.**

8 Dated: 4/24/2008

_____
United States Magistrate Judge

Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Jose Andres Zamora-Avila (2)    4    08MJ1065