# 17

AO 455 (Rev. 5/85)  Waiver of Indictment

## UNITED STATES DISTRICT COURT

## SOUTHERN  DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| JOSE ANDRES ZAMORA-AVILA | CASE NUMBER: _08 MJ 1065_ |

08 CR 1317-JLS

I, JOSE ANDRES ZAMORA-AVILA, the above-named defendant, who is accused of committing the

following offenses:

> Transportation of Illegal Aliens and Aiding and Abetting, in violation of
> Title 8, United States Code, Section 1324(a)(1)(A)(ii) and (v)(II) (Felony).

being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court

on ___4/24/08___ prosecution by indictment and consent that the proceeding may be by information rather

than by indictment.

**FILED**

APR 2 4 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                        DEPUTY

X _____
Defendant

_____
Defense Counsel

Before _____
Judicial Officer