```
 1  KAREN P. HEWITT
    United States Attorney
 2  CHRISTOPHER P. TENORIO
    Assistant U.S. Attorney
 3  California State Bar No. 166022
    880 Front Street, Room 6293
 4  San Diego, California 92101-8893
    Telephone: (619) 557-7843/(619) 557-7381 (Fax)
 5  Email: Christopher.Tenorio@usdoj.gov

 6  Attorneys for Plaintiff
    United States of America
 7
```

|  |  |
|---|---|
| UNITED STATES DISTRICT COURT | |
| SOUTHERN DISTRICT OF CALIFORNIA | |

| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR1317-JLS |
|---|---|
| Plaintiff, ) | |
| ) | **NOTICE OF APPEARANCE** |
| v. ) | |
| JOSE LUIS VARGAS (1), ) | |
| JOSE ANDRES ZAMORA-AVILA (2), ) | |
| Defendant. ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

   I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.  I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

   Please call me if you have any questions about this notice.

   DATED:   May 30, 2008

                                    Respectfully submitted,

                                    KAREN P. HEWITT
                                    United States Attorney


                                     s/ Christopher P. Tenorio
                                    CHRISTOPHER P. TENORIO
                                    Assistant U.S. Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br>　v.<br>JOSE LUIS VARGAS (1),<br>JOSE ANDRES ZAMORA-AVILA (2),<br>　　　　　Defendants. | Case No. 08CR1317-JLS<br><br>**CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED THAT:

　　I, CHRISTOPHER P. TENORIO, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

　　I am not a party to the above-entitled action. I am not a party to the above-entitled action. I have caused service of **NOTICE OF APPEARANCE** on the defendants' attorneys by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

　　I declare under penalty of perjury that the foregoing is true and correct.

　　Executed on May 30, 2008.

　　　　　　　　　　　　　　　　　　　s/ *Christopher P. Tenorio*
　　　　　　　　　　　　　　　　　　　CHRISTOPHER P. TENORIO
　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney