**SYLVIA BAIZ**
California State Bar No. 124367
964 Fifth Avenue, Suite 214
San Diego, California 92101
Telephone: (619) 544-1410
Facsimile: (619) 544-1473

Attorney for Defendant **Zamora Avila**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(**HON. JANIS L. SAMMARTINO**)

| | |
|---|---|
| **UNITED STATES OF AMERICA**, ) | Criminal No. **08-CR-1317-JLS** |
| Plaintiff, ) | Date: July 25, 2008 |
| ) | Time: 9:00 a.m. |
| v. ) | |
| ) | **MOTION TO SHORTEN TIME** |
| ) | **TO FILE SENTENCING** |
| **JOSE ANDRES ZAMORA AVILA** ) | **MEMORANDUM** |
| ) | |
| Defendant. ) | |
| _____ ) | |

The defendant, Jose Andres Zamora Avila, by and through his counsel, Sylvia Baiz, hereby moves this Court for an order shortening time to file his sentencing memorandum to four (4) days.

This motion is made because of counsel was unable to file his sentencing memorandum last Friday when it was due to unexpected family obligations. I served the government with a copy of defendant's sentencing memorandum. Attached is counsel's declaration in support of the instant motions.

Respectfully submitted,

Dated: July 21, 2008

/s/ Sylvia Baiz
**SYLVIA BAIZ**
Attorney at Law
Attorney for Defendant **Luna-Sanchez**