1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HON. JANIS L. SAMMARTINO)**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | Criminal No. **08-CR-1317-JLS** |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **DECLARATION** |
| ) | |
| **JOSE ANDRES ZAMORA AVILA** ) | |
| ) | |
| Defendant. ) | |
| _____) | |

I, Sylvia Baiz, declare:

1.  I was appointed to represent the defendant in the above-captioned case pending before the Court;

2. This declaration is made in support of Mr. Zamora's motion to shorten time to file his sentencing memorandum.

3.  Mr. Zamora is scheduled to be sentenced on July 25, 2008 and although his sentencing memorandum was due last Friday, July 18th, counsel was unable to prepare and file it due to unexpected family obligations.

4. For these reasons, I was unable to complete the instant sentencing memorandum until today and respectfully request that the court grant the instant motion to shorten time.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Date: July 21, 2008

/s/ Sylvia Baiz
_____
Sylvia Baiz