```
 1  KAREN P. HEWITT
    United States Attorney
 2  CHRISTOPHER P. TENORIO
    Assistant U.S. Attorney
 3  California State Bar No. 166022
    880 Front Street, Suite 6293
 4  San Diego, California  92101-8893
    Telephone: (619) 557-7843
 5  Christopher.Tenorio@usdoj.gov

 6  Attorneys for Plaintiff
    United States of America
 7
```

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | **NOTICE OF GOVERNMENT'S MOTION FOR ORDER TO SHORTEN TIME** |
| Plaintiff, | |
| v. | CASE NO.   08CR1317-JLS<br>JUDGE:     HON. JANIS L. SAMMARTINO<br>COURT:     COURTROOM 6 |
| JOSE ANDRES ZAMORA-AVILA (2), | |
| Defendant. | |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Christopher P. Tenorio, Assistant United States Attorney, and hereby files notice of its motion for an order shortening time.

DATED: July 22, 2008

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

*s/Christopher P. Tenorio*
CHRISTOPHER P. TENORIO
Assistant U.S. Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | **CERTIFICATE OF SERVICE** |
|---|---|---|
| Plaintiff, | ) CASE NO. | 08CR1317-JLS |
| | ) JUDGE: | HON. JANIS L. SAMMARTINO |
| v. | ) COURT: | COURTROOM 6 |
| JOSE ANDRES ZAMORA-AVILA (2), | ) | |
| Defendant. | ) | |

IT IS HEREBY CERTIFIED that:

    I, CHRISTOPHER P. TENORIO, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

    I am not a party to the above-entitled action. I have caused service of **NOTICE OF GOVERNMENT'S MOTION FOR ORDER SHORTENING TIME** on **Sylvia A. Baiz**, by electronically filing the foregoing with the Clerk of the District Court using its ECF System. I declare under penalty of perjury that the foregoing is true and correct.

    Executed on July 22, 2008

                                      Respectfully submitted,

                                      *s/Christopher P. Tenorio*
                                      CHRISTOPHER P. TENORIO
                                      Assistant U.S. Attorney