```
 1  KAREN E. HEWITT
    United States Attorney
 2  CHRISTOPHER P. TENORIO
    Assistant U.S. Attorney
 3  California State Bar No. 166022
    880 Front Street, Suite 6293
 4  San Diego, California  92101-8893
    Telephone: (619) 557-7843
 5  Christopher.Tenorio@usdoj.gov

 6  Attorneys for Plaintiff
    United States of America
 7
```

8  UNITED STATES DISTRICT COURT

9  SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10  UNITED STATES OF AMERICA, | ) **GOVERNMENT'S MOTION FOR ORDER** |
|  | ) **TO SHORTEN TIME** |
| 11               Plaintiff, | ) |
|  | ) CASE NO.  08CR1317-JLS |
| 12       v. | ) JUDGE:    HON. JANIS L. SAMMARTINO |
|  | ) COURT:    COURTROOM 6 |
| 13  JOSE ANDRES | ) |
|        ZAMORA-AVILA (2), | ) |
| 14  | ) |
|                Defendant. | ) |
| 15  _____ | ) |

16       COMES NOW the plaintiff, UNITED STATES OF AMERICA, and requests
17  an order shortening time to July 22, 2008 to file its sentencing
18  summary chart and motion under USSG § 3E1.1(b).  The pleading would
19  be two days late.
20       The basis for the present motion is that Government counsel
21  inadvertently rescheduled Defendant's sentencing date for August 8,
22  2008 when this Court ordered the rescheduling of Co-defendant Jose
23  Luis Vargas' sentencing on that same date.
24       DATED: July 22, 2008
25                                      Respectfully submitted,
26                                      KAREN E. HEWITT
                                        United States Attorney
27                                        *s/Christopher P. Tenorio*
                                        CHRISTOPHER P. TENORIO
28                                      Assistant U.S. Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JOSE ANDRES<br>　　ZAMORA-AVILA (2),<br><br>　　　　　Defendant. | **CERTIFICATE OF SERVICE**<br><br>CASE NO.　08CR1317-JLS<br>JUDGE:　　HON. JANIS L. SAMMARTINO<br>COURT:　　COURTROOM 6 |

IT IS HEREBY CERTIFIED that:

　　I, CHRISTOPHER P. TENORIO, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893. I am not a party to the above-entitled action. I have caused service of **GOVERNMENT'S MOTION FOR ORDER TO SHORTEN TIME** on **Sylvia A. Baiz**, **Esq**. by electronically filing the foregoing with the Clerk of the District Court using its ECF System.

　　I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 22, 2008　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　KAREN P. HEWITT
　　　　　　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　　　　　　*s/Christopher P. Tenorio*
　　　　　　　　　　　　　　　　　　　　　CHRISTOPHER P. TENORIO
　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

2