UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(**HON. JANIS L. SAMMARTINO**)

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | Criminal No. **08-CR-1317-JLS** |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | ORDER |
| **JOSE ANDRES ZAMORA AVILA** | ) | |
| Defendant. | ) | |
| _____ | ) | |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** time to file defendant's sentencing memorandum be shortened to four (4) days.

DATED: July 22, 2008

_Janis L. Sammartino_
Honorable Janis L. Sammartino
United States District Judge