UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **ORDER TO SHORTEN TIME** |
| ) | |
| Plaintiff, ) | CASE NO.  08CR1317-JLS |
| ) | JUDGE:   HON. JANIS L. SAMMARTINO |
| v. ) | COURT:   COURTROOM 6 |
| ) | |
| JOSE ANDRES ) | |
| ZAMORA-AVILA (2), ) | |
| ) | |
| Defendant. ) | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the Government may file its sentencing summary chart and motion under USSG § 3E1.1(b) on July 22, 2008.

DATED: July 22, 2008

*Janis L. Sammartino*
Honorable Janis L. Sammartino
United States District Judge